# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00894

ARES MANAGEMENT LLC,

            Plaintiff,

vs.

STARLIGHT CAPITAL GROUP, INC., a Colorado corporation, REGISTRANT OF STARCAPITALCORP.COM, REGISTRANT OF ARESCOIN.IO, ARESCOIN, REGISTRANT OF ARESBOTS.IO, ARESBOTS, REGISTRANT OF ARESZCOIN.COM, ARESZCOIN, NICHOLAS FLINT, and DOES 1-10,

            Defendants.

## ORDER GRANTING PLAINTIFF ARES MANAGEMENT LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This Court, having considered Plaintiff Ares Management LLC's Motion for Entry of Default Judgment and Permanent Injunction Pursuant to Fed. R. Civ. P. 55(b)(2) hereby **GRANTS** Plaintiff's Motion and **ORDERS** as follows:

1. Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction Pursuant to Fed. R. Civ. P. 55(b)(2) is **GRANTED**.

2. Defendants, along with their principals, officers, directors, members, partners, agents, servants, employees, and attorneys, and all those in privity, concert, or participation with them are hereby **PERMANENTLY ENJOINED** and shall immediately:

(i)     cease all use of and never use the ARES Marks or any other mark likely to cause confusion with the ARES Marks in connection with the promotion, advertising, offering for sale, or sale, of any products or services;

(ii)     never use any false designation of origin, false representation, or any false or misleading description of fact, that can, or is likely to, lead the consuming public or individual members thereof, to believe that any products or services produced, offered, promoted, marketed, advertised, provided, or sold by Defendants is in any manner associated or connected with Ares, or are licensed, approved, or authorized in any way by Ares;

(iii)     never represent, suggest in any fashion to any third party, or perform any act that may give rise to the belief that Defendants, or any of their goods or services, are related to, authorized, or sponsored by Ares;

(iv)     cease all use of the Infringing Domains, including www.areszcoin.com, www.arescoin.io, and www.aresbots.io, and any similar domain names, as well as cease all use of www.starcapitalcorp.com, and never register any domain names that contain any of the Ares Marks, or any domain names confusingly similar to any of the Ares Marks;

(v)     cease all use of the Social Media Accounts (https://twitter.com/Ares_Coin; https://www.reddit.com/user/AresCoin/; https://vimeo.com/arescoinofficial; https://www.youtube.com/channel/UCyRCdpzG3dMSHKV4YTIGrCg; https://www.facebook.com/StarlightCapitalGroup/; https://www.facebook.com/pages/category/Community/Areszcoin-

        170560223530481/; https://twitter.com/areszcoin_ico?lang=en; https://www.facebook.com/pages/category/Science--Technology---Engineering/AresCoin-Ico-298137160675645/; https://www.youtube.com/watch?v=oPhYwUdWe2o; https://www.youtube.com/watch?v=y64-gp3oDDK;), and any similar accounts or social media websites, and never register any social media account that contains the ARES Marks, or any other social media account confusingly similar to any of the ARES Marks, or any other social media account that uses the ARES Marks;

(vi) never unfairly compete with Ares in any manner whatsoever, or engage in any unfair, fraudulent, or deceptive business practices that relate in any way to the production, distribution, marketing, and/or sale of products and services bearing any of the ARES Marks;

(vii) never apply for or seek to register any mark that is likely to cause confusion with any of the ARES Marks;

(viii) transfer to Ares all domain names, including but not limited to www.areszcoin.com, www.arescoin.io, www.aresbots.io, and www.starcapitalcorp.com, in Defendants' possession, custody, or control that include the word "Ares" or any misspelling thereof, or are otherwise confusingly similar to or contain any of the ARES Marks; and transfer to Ares all of Defendants' Social Media Accounts, including all such accounts in Defendants' possession, custody, or control that include the

word "Ares" or any misspelling thereof, or are otherwise confusingly similar to or contain any of the ARES Marks.

3. Furthermore, to give practical effect to the Permanent Injunction:

   (i) the Registrar for any domain name subject to this Order shall, within fourteen (14) days of receipt of this Order, transfer those subject domain names to Ares if Defendants have not already done so;

   (ii) the social networking service or entity (e.g., Twitter, Facebook, YouTube) related to any of the social media accounts subject to this Order shall, within fourteen (14) days of receipt of the Order, transfer those subject accounts to Ares if Defendants have not already done so.

   (iii) Defendants shall file with the Court and serve upon Ares's counsel, within thirty (30) days after service of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the Permanent Injunction.

4. Plaintiff is **GRANTED** leave to submit its supporting declaration of counsel with respect to its attorneys' fees and costs for consideration by the Court.

5. Plaintiff is **GRANTED** disgorgement of Defendants' profits under 15 U.S.C. § 1117. Consistent with this Order:

   (i) Defendants Shall File with the Court and Serve on Plaintiff or its counsel in this case, a written accounting specifying the gains and profits realized by each Defendant during the time in which any of the Defendants used the ARES Marks, or any trademark, Internet domain name, or other device that infringed the ARES Marks;

4

5

(ii) This written accounting Shall Be Filed with the Court and Served on Plaintiff or its counsel in this case, within fourteen (14) days after Defendants are served, via any service method already authorized by this Court in this litigation, with this Order;

(iii) Within fourteen (14) days after Defendants file a written accounting above, Plaintiff Shall File a motion substantiating, to the best of Plaintiff's ability, the amount Plaintiff seeks in Defendants' disgorged profits; and

(iv) If Defendants fail to provide a written accounting within the specified timeframe, then Plaintiff shall have the opportunity to conduct post-judgment discovery pursuant to Fed. R. Civ. P. 69(a)(2), and thereafter submit evidence of Defendants' profits to this Court.

**DONE AND ORDERED in Denver, Colorado this 20th day of May, 2020.**

BY THE COURT:

*[signature]*

HON. BROOKE R. JACKSON
United States District Court Judge

*ACTIVE 46910870v4*